UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAMONE T. BLUE, | Case No. C10-1378-JCC-JPD |
| Plaintiff, | REPORT AND RECOMMENDATION |
| v. | |
| SOU-MCC PRISON STAFF, *et al.*, | |
| Defendants. | |

Plaintiff Lamone T. Blue, who is currently incarcerated at the Washington State Penitentiary, has filed an application to proceed *in forma pauperis* ("IFP") with a civil rights action brought under 42 U.S.C. § 1983.  (Dkts. 1, 5.) The Court recommends DENYING Mr. Blue's application to proceed IFP based on the three-strikes rule of 28 U.S.C. § 1915(g), and directing him to pay the $350 filing fee in order to proceed with his complaint.

A prisoner may not proceed IFP in a civil action if he or she has, on three or more prior occasions, brought civil actions that were dismissed for failure to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).  Over the past several months, the Court dismissed three *pro se* § 1983 complaints that Mr. Blue brought with IFP requests for failure to state a claim upon which relief may be granted.  *See* Order of Dismissal, *Blue v. MCC-SOU Prison Staff*, C10-

REPORT AND RECOMMENDATION
PAGE - 1

878-RAJ (W.D. Wash. dated Sept. 22, 2010); Order of Dismissal, *Blue v. SOU-MCC Prison Staff*, C09-1471-RAJ (W.D. Wash. dated Feb. 12, 2010); Order of Dismissal, *Blue v. SOU-MCC Prison Staff*, C09-1705-JCC (W.D. Wash. dated Jan. 26, 2010); *see generally O'Neal v. Price*, 531 F.3d 1146, 1152 (9th Cir. 2008) (holding that an IFP action is "brought" for purposes of imposing § 1915(g) strikes "when he submits a complaint and request to proceed in forma pauperis to the court"). Nothing in Mr. Blue's proposed complaint—in which he seeks $5000 in compensation and to have a correctional officer suspended for past conduct—suggests that Mr. Blue is under imminent danger of serious physical injury. (Dkt. 1-1, at 3–4.)

The Court recommends DENYING Mr. Blue's application to proceed IFP (Dkts. 1, 5), and directing him to pay the $350 filing fee within thirty (30) days of the date of the Order adopting this Report and Recommendation. The Clerk is directed to send copies of this Order to plaintiff and to the Honorable John C. Coughenour.

DATED this 12th day of October, 2010.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge