THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAMONE T. BLUE,<br><br>Plaintiff,<br><br>v.<br><br>SOU-MAC PRISON STAFF et al.,<br><br>Defendants. | Case No. C10-1378-JCC<br><br>ORDER |

The Court, having reviewed Plaintiff's application to proceed *in forma pauperis* (Dkt. No. 1); the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge (Dkt. No. 7), to which there has been no timely filed objection; and the remainder of the record, orders the following:

(1) The Court ADOPTS the Report and Recommendation.

(2) The Court DENIES Plaintiff's application to proceed *in forma pauperis* because Plaintiff's three strikes preclude the present civil action unless Plaintiff pays the filing fee. *See* 28 U.S.C. § 1915(g).

(3) The Court DIRECTS Plaintiff to pay the $350 filing fee within thirty (30) days of the date of this Order. If Plaintiff does not pay the $350 filing fee, the Court will dismiss this action without prejudice.

ORDER, C10-1378-JCC
PAGE - 1

1  (4) The Court DIRECTS the Clerk to send copies of this Order to Plaintiff and
2 Magistrate Judge Donohue.
3  DATED this 10th day of December 2010.

John C. Coughenour
UNITED STATES DISTRICT JUDGE